JAMES P. SHEA (State Bar No. 162483)
LAW OFFICES OF SUSAN R. WASSERMAN
5055 Wilshire Blvd., Suite 340
Los Angeles, CA 90036
Telephone: 323-954-9600
Fax: 323-954-9616
E-mail: lawoffice5750@aol.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ARTEMIO LOPEZ ESPARZA,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>  Defendant.<br>_____ | NO. CV 07-3743 PJW<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of three thousand, four hundred dollars and no cents ($3,400.00), as authorized by 28 U.S.C. § 2412(d), and costs in the amount of three hundred fifty dollars ($350.00), as authorized by 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Dated: 12/5/08                    _____
                                  PATRICK J. WALSH
                                  UNITED STATES MAGISTRATE JUDGE